NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYNE TATUM,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5130

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-510, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

**O R D E R**

Wayne Tatum moves for a 30-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Tatum's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

SEP 3 0 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Wayne Tatum
    Jessica R. Toplin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK